United States Bankruptcy Court
District of Massachusetts

# CHAPTER 13 PLAN

Filing Date: _____  Docket #: _____

Debtor: **Baughman, William H** _____  Co-Debtor: _____

SS#: **3111** _____  SS#: _____

Address: **417 Springfield Street #141** _____  Address: _____

**Agawam, MA  01001** _____  , _____

Debtor's Counsel:

**Smeloff & Benner**
**100 Grossman Drive**
**Braintree, MA  02184**

**(781) 843-2323**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

United States Bankruptcy Court
**District of Massachusetts**

## CHAPTER 13 PLAN

Docket#:

DEBTORS: (H) **Baughman, William H** _____ SS# **3111** _____
         (W) _____ SS# _____

TERM OF THE PLAN **36** Months.
(If the plan is longer than thirty-six (36) months and debtor's plan is governed by 11 U.S.C § 1322 (d)(2), a statement of cause under must be attached hereto.)

PLAN PAYMENT: Debtor(s) to pay monthly: $ **60.00**.

### I. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **None** | | |
| | **Total of secured claims to be paid through the Plan: $** | **0.00** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Hsbc/kawas** | **2008 Kawasaki** |

### II. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. All Other Priority Creditors:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | **Total of Priority Claims to Be Paid Through the Plan: $** | **0.00** |

### III. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

### IV. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **2.17%** of their claims.

A. General unsecured claims: $ **66,498.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of A + B + C unsecured claims: $ __**66,498.00**__

D. Multiply total by percentage: $ **1,444.00**.
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

Total amount of separately classified claims payable at **100%**: $ __0.00__

V. **OTHER PROVISIONS**:

A. Liquidation of assets to be used to fund Plan:

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C. Assumption/Rejection of Leases:
**None**

D. Miscellaneous provisions:

**CALCULATION OF PLAN PAYMENT:**

| | |
|---|---|
| **a. Secured claims (Section I-A Total):** | $ 0.00 |
| **b. Priority claims (Section II-A & B Total):** | $ 0.00 |
| **c. Administrative claims (Section III A & B Total):** | $ 500.00 |
| **d. Regular unsecured claims (Section IV – D Total):** | $ 1,444.00 |
| **e. Separately classified unsecured claims (Section IV – E Total):** | $ 0.00 |
| **f. Total of a + b + c + d + e above:** | $ 1,944.00 |
| **g. Divide (f) by .90 for total including Trustee's fee: Cost of Plan:** | $ 2,160.00 |

(This represents the total amount to be paid into the Chapter 13 Plan)
**h. Divide (g) Cost of Plan by Term of Plan: 36 months**
**i. Round up to nearest dollar: Monthly Plan Payment:** ................................................................ $ __60.00__
(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty ( 30 ) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make pre-confirmation adequate protection payments directly to the secured creditor.

**LIQUIDATION ANALYSIS**

I. Real Estate:

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| None | | |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | 0.00 |
| Less Total Exemptions (Schedule C): | $ | 0.00 |
| Available Chapter 7: | $ | 0.00 |

II. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| 2008 Kawasaki Vulcan | 10,072.00 | 7,687.00 | 2,385.00 |
| 91 Dodge Explorer Mobile Home (50% owner with brother) | 6,400.00 | 0.00 | 6,400.00 |

Total Net Equity:           $     8,785.00
Less Total Exemptions (Schedule C):  $     8,785.00
Available Chapter 7:        $         0.00

III. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)


Total Net Value:            $     3,774.00
Less Exemptions (Schedule C): $     3,774.00
Available Chapter 7:        $         0.00

**SUMMARY (Total amount available under Chapter 7):**

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $ **0.00**.
Additional Comments regarding Liquidation Analysis:


Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

*/s/ Richard D. Smeloff*                                      **March 31, 2010**
Debtor's Counsel                                              Date

Counsel's Address:
**Smeloff & Benner
100 Grossman Drive
Braintree, MA  02184**

Tel. # **(781) 843-2323**                    Email Address: **rsmeloff@msn.com**


**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**
*/s/ William H Baughman*                                      **March 31, 2010**
Debtor                                                        Date
                                                              **March 31, 2010**
Debtor                                                        Date

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy of the within Chapter 13 Plan to the attached distribution service list.


/s/ Richard D. Smeloff, Esq.
Richard D. Smeloff, Esq.

Cap One
Po Box 85015
Richmond, VA   23285


Chase
Bank One Card Serv
Westerville, OH   43081


Chase Bank Usa N.a
One Northbrook Pla
Northbrook, IL   60062


Chase/best Buy
Po Box 15298
Wilmington, DE   19850


Citi Cards
P.O Box 9151
Des Moines, IA   50368


Citizens Caf
480 Jefferson Blvd
Warwick, RI   02886


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE   19850


Exxmblciti
Po Box 6497
Sioux Falls, SD   57117


Gemb/sams Club
Po Box 981400
El Paso, TX   79998

Gembppbycr
Po Box 981064
El Paso, TX 79998


Highline Capital
2930 Center Green Court South
Boulder, CO 80301


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc/bsbuy
Po Box 15519
Wilmington, DE 19850


Hsbc/kawas
Pob 15521
Wilmington, DE 19805


Key Bank
23 Water Street
Bangor, ME 04401


Merrick Bank
Po Box 5000
Draper, UT 84020


Sears Sears Premier Card
Po Box 740281
Houston, TX 77274


Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57117

Shell/citi
Po Box 6497
Sioux Falls, SD   57117


Tnb - Target
Po Box 673
Minneapolis, MN   55440


Web Bank/dfs
12234 N Ih 35 Sb Bldg B
Austin, TX   78753


Worlds Foremost Bank N
4800 Nw 1st St Ste 300
Lincoln, NE   68521